

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2015

No. 04-14-00667-CV

Ramiro and Edna **RAMOS**, and Federico Salazar, Jr.,
Appellants

v.

The Unknown Heirs of Tomasa **GONZALEZ** and Narciso Gonzalez,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-559
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

On February 26, 2015, this court issued an order directing Ms. Gay Richey to appear before this court on March 19, 2015, to show cause why she should not be held in contempt of court of failing to file the reporter's record in this appeal. On March 13, 2015, this court received notice that Ms. Richey had been served with notice of the order by the Sheriff of Starr County, Texas.

On March 16, 2015, this court received an email correspondence from Ms. Richey explaining her actions with regard to the reporter's record. In the email correspondence, Ms. Richey represents to this court that she has completed the record; however, she has not been paid the remaining balance due for the record. Ms. Richey states that she informed the attorneys that payment was due "about a week ago" and the record will be filed upon receipt of payment.

It is therefore ORDERED that this court's order of February 26, 2015 is WITHDRAWN, and the hearing scheduled for March 19, 2015 is CANCELLED. It is FURTHER ORDERED that appellant's attorney provide this court with written proof by March 23, 2015, that the remaining balance due for the record has been paid. **Immediately upon receipt of payment**, Ms. Richey is ORDERED to electronically file the reporter's record in this appeal.

_Sandee Bryan Marion_
_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2015.



Keith E. Hottle
Clerk of Court